IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

STEPHEN A. HOWELL                                                              PLAINTIFF

V.                                              4:10CV01418 JMM

LIFE INSURANCE COMPANY
OF NORTH AMERICA                                                              DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed. The complaint and all claims in this action are hereby dismissed with prejudice as to all parties.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 9th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE